Jennifer R. Bergh, Esq.
Nevada Bar No.: 14480
The Law Offices of Michelle Ghidotti
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: jbergh@ghidottilaw.com

Attorney for Creditor U.S. Bank Trust N.A., As Trustee of the Igloo Series III Trust, its successors and assigns its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>IGNACIO ALVAREZ,<br><br>Debtor. | **CASE NO.: 14-16057-btb**<br><br>**Chapter 13**<br><br>MOTION FOR RELIEF FROM STAY (11 U.S.C. *Section* 362 Bankruptcy Rule 4001) |

### A.  INTRODUCTION

**COMES NOW,** U.S. Bank Trust N.A., As Trustee of the Igloo Series III Trust ("**Movant**") and moves this Court for an order terminating the automatic stay, allowing Movant to proceed with and complete any and all contractual and statutory remedies incident to its security interest held in real property commonly described as 4308 KEITHAN CIR, LAS VEGAS,

Motion for Relief
Page 1

**THE LAW OFFICES OF MICHELLE GHIDOTTI**
**8716 S**PANISH **R**IDGE **A**VE**., #115**
**L**AS **V**EGAS**, NV 89148**
**P**HONE**: (949) 427-2010**
**F**AX**:  (949) 427-2732**

NV 89110 (the "**Property**"), and legally described as set forth in the Deed of Trust attached as an Exhibit to the declaration of BSI Financial Services in support of 4308 KEITHAN CIR, LAS VEGAS, NV 89110 Motion for Relief from Stay, on file with the Court. Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and to contact the Borrowers via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. Movant further moves that, absent objection, the provisions of F.R.B.P. 4001(a)(3) be waived to avoid further deterioration of Movant's secured position.

**B. JURISDICTION**

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C § 1334 and 28 U.S.C. § 157(b)(2)(G). This case relates to a case under Title 11 of the United States Code ("**Code**"). This proceeding is defined as a "core proceeding" as that is defined in the Code.

**C. STANDING**

Under 11 U.S.C. § 362, a party seeking relief from stay must be a "party in interest." To establish that Movant is a "party in interest," it must establish that it has at least a colorable claim to the property that is the subject of the motion. In the case at bar, Movant's claim is based on the Note and Deed of Trust attached to the declaration of BSI Financial Services in support of U.S. Bank Trust N.A., As Trustee of the Igloo Series III Trust's Motion for Relief from Stay, on file with the Court. Movant's interest in the Note and Deed of Trust is described above. The Deed of Trust acts as the security for the Debtor's payment on the Note. The Deed of Trust is recorded with the county in which the property is situated as evidence of the debt described in the Note for the benefit of any subsequent parties that may take an interest in the property described.

Motion for Relief
Page 2

**THE LAW OFFICES OF MICHELLE GHIDOTTI**
8716 SPANISH RIDGE AVE., #115
LAS VEGAS, NV 89148
PHONE: (949) 427-2010
FAX: (949) 427-2732

**D. FACTS**

1. The Borrower executed and delivered to, World Savings Bank, FSB, a Pick a Payment Note dated July 13, 2004 in the original principal amount of $96,000.00 (the "**Note**"). A true and correct copy of the Note is attached as Exhibit "1" and incorporated herein by reference.

2. Movant is the current owner of the Note and is in possession of the original Note.

3. Concurrently therewith, and as security for the Note, Debtor executed and delivered to World Savings Bank, FSB a Deed of Trust which was recorded in the Official Records of Clark County, Nevada as Document No.: 20040720-0005635 on July 13, 2004 (the "**Deed of Trust**"), and which encumbers the Property. A true and correct copy of the Deed of Trust is attached as Exhibit "2" and incorporated herein by reference.

4. Thereafter, all interests in the Deed of Trust were assigned to Movant by Assignment of Deed of Trust. A true and correct copy of each Assignment is attached hereto as Exhibit "3" and is incorporated herein by reference.

5. Pursuant to the Deed of Trust, Movant is entitled to recover attorneys' fees and costs in connection with the matter herein.

6. Pursuant to the Deed of Trust, Movant is entitled to take the necessary steps to protect its security interest in the Property, including advancing taxes, insurance, foreclosure fees and costs and attorney's fees and costs and to assess the costs plus interest, to the balance due under the loan.

7. Movant's loan is due for the February 15, 2018, payment and all subsequent payments as follows:

| | |
|---|---|
| 2/15/2018 | $861.94 |
| 3/15/2018 | $861.94 |
| 4/15/2018 | $861.94 |
| 5/15/2018 | $861.94 |

Motion for Relief
Page 3

THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 SPANISH RIDGE AVE., #115
LAS VEGAS, NV 89148
PHONE: (949) 427-2010
FAX: (949) 427-2732

| | |
|---|---|
| 6/15/2018 | $861.94 |
| 7/15/2018 | $861.94 |
| 8/15/2018 | $861.94 |
| 9/15/2018 | $861.94 |
| 10/15/2018 | $861.94 |
| 11/15/2018 | $861.94 |
| 11/15/2018 Attorneys Fees | $1,081.00 |
| Suspense | ($257.82) |
| TOTAL | $9,442.58 |

8. The current unpaid principal balance is no less than approximately $84,128.65.

9. The total owed to Movant is no less than approximately $105,993.16.

10. Movant is informed and believes that the Property is valued at approximately $103,762.00 pursuant to Debtors' Schedule "A" and Schedule "D".

11. There is no equity protecting Movant's lien.

12. The Debtors are not in the process of a loan modification.

13. Movant seeks relief to enforce its rights in Movant's Note and Deed of Trust as a result of the substantial default under the Note and Deed of Trust.

14. Debtor's Chapter 13 Plan provides for the direct payment of Movant's post-petition monthly mortgage payment.

**E. AUTHORITY**

1. **Cause Exists to Grant Relief Pursuant to Section 362(d)(1); Lack of Adequate Protection**

Motion for Relief
Page 4

THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 SPANISH RIDGE AVE., #115
LAS VEGAS, NV 89148
PHONE: (949) 427-2010
FAX: (949) 427-2732

1. Movant submits that cause exists to grant relief under *Section 362(d)(1)*. Bankruptcy Code *Section 362(d)(1)* provides that a party may seek relief from stay based upon "cause," including lack of adequate protection. Adequate protection can be offered in the form of cash or periodic payments or the existence of a sufficient equity cushion.

Movant submits that adequate protection in this case requires normal and periodic cash payments to Movant, as called for by the Note. The Borrowers have not made a mortgage payment to Movant in **Ten (10) months**. A continuing failure to maintain required regular payments has been held, in and of itself, to constitute sufficient cause for granting a motion to modify the stay. (*In re Trident Corp.*, 19 BR 956,958 (Bankr. E.D. Pa. 1982), aff'd 22 BR 491 (Bankr. E.D. Pa. 1982 (citing In re Hinkle, 14 BR 202, 204 (Bankr. E.D. Pa. 1981); see also In re Jones, 189 BR 13, 15 (Bank. E.D. Okla 1995) (citing Hinkle, 14 BR at 204)). The Borrower's failure to tender regular ongoing monthly mortgage payments is sufficient cause to terminate the automatic stay.

**2. CONCLUSION**

THEREFORE, Movant respectfully requests an Order be entered by this Court as follows:

1. Terminating the automatic stay pursuant to 11 U.S.C. §362 allowing Movant to immediately proceed with and complete any and all contractual and statutory remedies incident to the security interest held under its Note and Deed of Trust in the Property;

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived;

3. Granting Movant leave to foreclose on the Property and to enforce the security interest under the Note and Deed of Trust, including any action necessary to obtain possession of the Property;

4. Permitting Movant to offer and provide Borrowers with information regarding a potential

Motion for Relief
Page 5

THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 SPANISH RIDGE AVE., #115
LAS VEGAS, NV 89148
PHONE: (949) 427-2010
FAX: (949) 427-2732

forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement and to enter into such agreement with Borrowers;

   5. For the order to be made binding and effective in any future bankruptcy case, no matter who the debtor may be;

   6. That the attorney's fees and costs incurred by Movant for filing the instant Motion be included in the outstanding balance of the Note as allowed under applicable non-bankruptcy law; and

   7. For such other and further relief as the Court deems just and proper.

THE LAW OFFICES OF MICHELLE GHIDOTTI

DATED: December 19, 2018, 2018

By: /s/ Jennifer R. Bergh, Esq.
Jennifer R. Bergh, Esq.
Nevada Bar No.: 14480
The Law Offices of Michelle Ghidotti
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732

Motion for Relief
Page 6